# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) |
| TIMOTHY EUGENE BEARDSLEY and | ) Case No. 2:16-bk-11410-BKM |
| CINDY RAE DOLIENTE CRUZ-BEARDS... | ) |
|    Debtor(s) | ) BANKRUPTCY JUDGE |
| | ) BRENDA K MARTIN |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Home Design - NHFA [Last four digit of account:8102]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
October 5, 2016

                                                            By: /s/ Ramesh Singh

                                                            Ramesh Singh
                                                            c/o Recovery Management Systems
                                                            Corporation
                                                           Financial Controller
                                                            25 SE 2nd Avenue, Suite 1120
                                                           Miami, FL 33131-1605
                                                           (305) 379-7674

Assignee Creditor: Home Design - NHFA [Last four digit of account:8102]